|   |   |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| **DISTRICT OF NEVADA** | |

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, et al. | Case No. 2:17-cv-03005-JAD-CWH |
| Plaintiff, | |
| v. | |
| GR INVESTMENTS LLC, et al, | **ORDER** |
| Defendants. | |

Presently before the court is Defendants GR Investments LLC and Silverstone LLC's motions for security of costs (ECF Nos. 9, 10, and 11), filed on January 2, 2018. Defendants move the Court for an order for out-of-state Plaintiffs Federal Housing Finance Agency, Federal Home Loan Mortgage Corporation, and Nationstar Mortgage LLC to each post a $500 cost bond with the Court pursuant to Nev. Rev. Stat. § 18.130(1). To date, no party has filed a response to these motions.

Also before the Court is Nationstar Mortgage LLC and Defendants' joint motion for posting of security costs (ECF No. 14), filed on January 30, 2018.

Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." As no response has been filed, the Court will grant Defendants' motions. Nationstar Mortgage LLC and Defendants' joint motion is therefore moot.

//
//
//
//
//
//
//

IT IS THEREFORE ORDERED that Defendants' motions for security of costs (ECF Nos. 9, 10, 11) are GRANTED.

IT IS FURTHER ORDERED that Nationstar Mortgage LLC and Defendants' joint motion for posting of security costs (ECF No. 14) is DENIED as moot.

IT IS FURTHER ORDERED that Plaintiffs Federal Housing Finance Agency, Federal Home Loan Mortgage Corporation, and Nationstar Mortgage LLC must each post a $500.00 security cost bond with the Clerk of Court within fifteen days of this order.

DATED: January 31, 2018

_____
C.W. Hoffman, Jr.
United States Magistrate Judge