WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff Nationstar Mortgage, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal Home Loan Mortgage Corporation;
FEDERAL HOME LOAN MORTGAGE CORPORATION; and NATIONSTAR MORTGAGE, LLC

Plaintiffs,

vs.

GR INVESTMENTS, LLC and SILVERSTONE, LLC,

Defendants.

Case No.: 2:17-cv-03005-JAD-CWH

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT GR INVESTMENTS, LLC'S MOTION TO DISMISS [ECF NO. 32]**

**[FIRST REQUEST]**

ECF No. 33

Plaintiffs Nationstar Mortgage, LLC ("Nationstar"), Federal Housing Finance Agency ("FHFA") and Federal Home Loan Mortgage Corporation ("Freddie Mac"), and Defendants, GR Investments, LLC ("GR") and Silverstone, LLC ("Silverstone") (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on July 20, 2018, GR and Silverstone filed a Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [ECF No. 32].

WHEREAS, the deadline to file any response to Defendants' Motion to Dismiss is currently set for August 3, 2018.

WHEREAS, counsel for Plaintiffs seek a brief extension of time to respond to the

Motion to Dismiss to accommodate their schedules in light of pending trial and dispositive motion deadlines in other quiet title actions pending before this Court and the state courts of Nevada.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for Nationstar, FHFA and Freddie Mac to respond to the Motion to Dismiss is continued from August 3, 2018 to August 17, 2018.

**IT IS SO STIPULATED.**

Dated this 27th day of July, 2018.

KIM GILBERT EBRON

*/s/ Jackie A. Gilbert, Esq.*
Diana S. Ebron, Esq. (SBN 10580)
Jacqueline A. Gilbert, Esq. (SBN 10593)
Karen L. Hanks, Esq. (SBN 9578)
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
*Attorneys for Defendants,*
*GR Investments LLC and Silverstone, LLC*

Dated this 27th day of July, 2018.

WRIGHT, FINLAY & ZAK, LLC

*/s/ Christina V. Miller, Esq.*
Dana Jonathon Nitz, Esq. (SBN 0050)
Christina V. Miller, Esq. (SBN 12448)
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, Nationstar Mortgage LLC*

Dated this 27th day of January, 2018.

FENNEMORE CRAIG, P.C.

*/s/ Leslie Bryan Hart, Esq.*
Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
300 E. Second St., Suite 1510
Reno, Nevada 89501

ARNOLD & PORTER KAYE SCHOLER LLP
(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
*Attorneys for Plaintiffs, Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation*

## ORDER

IT IS SO ORDERED. The parties are cautioned, however, that counsel's workload and competing calendar demands will not be deemed good cause for additional extensions of this deadline.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 27, 2018