JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for Defendants,*
*GR Investments LLC and Silverstone LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, as conservator of Federal Home Loan Mortgage Corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION; and NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GR INVESTMENTS LLC; and SILVERSTONE LLC,<br><br>Defendants. | Case No. 2:17-cv-03005-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR GR INVESTMENTS LLC and SILVERSTONE LLC TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT [ECF No. 1]**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiffs FEDERAL HOUSING FINANCE AGENCY, FEDERAL HOME LOAN MORTGAGE CORPORATION and NATIONSTAR MORTGAGE LLC ("Plaintiffs"), and Defendants GR INVESTMENTS LLC and SILVERSTONE LLC ("Defendants"), by and through their respective undersigned attorneys, to extend the time for Defendants to file their reply in support of the motion to dismiss Plaintiffs' complaint (ECF No. 1] pursuant to FRCP 12(b)(6) [ECF. No. 32] to **September 7, 2018**. The reply is currently due on August 24, 2018. This is the first request for an extension of time. New arguments have been raised in Plaintiffs' response that requires additional time in order for Defendants to fully address.

Plaintiffs have no objection to the additional extension of time. This request is not intended

- 1 -

to cause any delay or prejudice to any party.

DATED this 24th day of August, 2018.

| | |
|---|---|
| **FENNEMORE CRAIG, P.C.** | **WRIGHT FINLAY & ZAK** |
| *By:/s/John D. Tennert* | *By: /s/ Christina V. Miller* |
| LESLIE BRYAN HART, ESQ. | DANA JONATHON NITZ, ESQ. |
| Nevada Bar No. 4932 | Nevada Bar No. 0050 |
| JOHN D. TENNERT, ESQ. | CHRISTINA V. MILLER, ESQ. |
| Nevada Bar No. 11728 | Nevada Bar No. 12448 |
| 300 E. Second Street, Suite 1520 | 7785 W. Sahara Avenue, Ste 200 |
| Reno, Nevada 89501 | Las Vegas, Nevada 89117 |
| Tel: 775-788-2228 Fax: 775-788-2229 | *Attorneys for Nationstar Mortgage, LLC* |
| *Attorneys for Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation* | |
| | |
| **KIM GILBERT EBRON** | **ARNOLD & PORTER LLP** |
| *By: /s/ Jacqueline A. Gilbert* | *By: Michael A. F. Johnson* |
| DIANA CLINE EBRON, ESQ. | (ADMITTED PRO HAC VICE) |
| Nevada Bar No. 10580 | ASIM VARMA, ESQ. |
| JACQUELINE A. GILBERT, ESQ. | HOWARD N. CAYNE, ESQ. |
| Nevada Bar No. 10593 | MICHAEL A.F. JOHNSON, ESQ. |
| 7625 Dean Martin Drive, Suite 110 | 601 Massachusetts Ave. NW |
| Las Vegas, Nevada 89139 | Washington, D.C. 20001 |
| Tel: 702-485-3300 Fax: 702-485-3301 | Tel: 202-942-5000 Fax: 202-942-5999 |
| | *Attorneys for Federal Housing Finance Agency* |
| *Attorneys for Defendants, GR Investments LLC and Silverstone LLC* | |

## **ORDER**

**IT IS ORDERED** that the STIPULATION TO EXTEND TIME FOR GR INVESTMENTS LLC and SILVERSTONE LLC TO FILE THEIR REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT [ECF No. 1] (First Request) is hereby GRANTED. Defendants' response shall be due no later than September 7, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: August 27, 2018.