Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for Defendants,*
*GR Investments LLC and Silverstone LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, as conservator of Federal Home Loan Mortgage Corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION; and NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GR INVESTMENTS LLC; and SILVERSTONE LLC,<br><br>Defendants. | Case No. 2:17-cv-03005-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR GR INVESTMENTS LLC and SILVERSTONE LLC TO FILE RESPONSE TO MOTION FOR RECONSIDERATION [ECF NO. 41]**<br><br>**(First Request)**<br><br>ECF No. 42 |

IT IS HEREBY STIPULATED between Plaintiffs FEDERAL HOUSING FINANCE AGENCY, FEDERAL HOME LOAN MORTGAGE CORPORATION and NATIONSTAR MORTGAGE LLC ("Plaintiffs"), and Defendants GR INVESTMENTS LLC and SILVERSTONE LLC ("Defendants"), by and through their respective undersigned attorneys, to extend the time for Defendants to file their Response to Motion for Reconsideration [ECF. No. 41] to **May 1, 2019**. The Response is currently due on April 22, 2019. This is the first request for an extension of time. In light of undersigned counsel's current trial schedule, additional time is needed to fully address Plaintiff's motion.

Plaintiffs have no objection to the additional extension of time. This request is not intended to cause any delay or prejudice to any party.

DATED this 15th day of April, 2019.

**FENNEMORE CRAIG, P.C.**

*By: /s/ Leslie Bryan Hart*
LESLIE BRYAN HART, ESQ.
Nevada Bar No. 4932
JOHN D. TENNERT, ESQ.
Nevada Bar No. 11728
300 E. Second Street, Suite 1520
Reno, Nevada 89501
Tel: 775-788-2228 Fax: 775-788-2229
*Attorneys for Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation*

**WRIGHT FINLAY & ZAK**

*By: Christina V. Miller*
DANA JONATHON NITZ, ESQ.
Nevada Bar No. 0050
CHRISTINA V. MILLER, ESQ.
Nevada Bar No. 12448
7785 W. Sahara Avenue, Ste 200
Las Vegas, Nevada 89117
*Attorneys for Nationstar Mortgage, LLC*

**KIM GILBERT EBRON**

*By: Karen L. Hanks*
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Tel: 702-485-3300 Fax: 702-485-3301
*Attorneys for Defendants,*
*GR Investments LLC and Silverstone LLC*

## **ORDER**

**IT IS ORDERED** that the STIPULATION TO EXTEND TIME FOR GR INVESTMENTS LLC and SILVERSTONE LLC TO FILE THEIR RESPONSE TO MOTION FOR RECONSIDERATION [ECF NO. 41] (First Request) is hereby GRANTED.

The deadline for response is extended to May 1, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: 4/17/2019