WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff Nationstar Mortgage, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal Home Loan Mortgage Corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION; and NATIONSTAR MORTGAGE, LLC<br><br>Plaintiffs,<br>vs.<br><br>GR INVESTMENTS, LLC and SILVERSTONE, LLC,<br><br>Defendants. | Case No.: 2:17-cv-03005-JAD-CWH<br><br>**STIPULATION AND ORDER TO CONSOLIDATE DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION [ECF NO. 41] AND RESPONSE TO DEFENDANTS' COUNTER-MOTION FOR RECONSIDERATION [ECF NO. 45]** |

Plaintiffs, Nationstar Mortgage, LLC ("Nationstar") and Federal Home Loan Mortgage Corporation ("Freddie Mac") (collectively, "Plaintiffs"), and Defendants, GR Investments, LLC ("GR") and Silverstone, LLC ("Silverstone") (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on April 8, 2019, Nationstar and Freddie Mac filed a Motion for Reconsideration of Order Granting in Part and Denying in Part GR Investments LLC's and Silverstone LLC's Motion to Dismiss Complaint. ECF No. 41.

WHEREAS, on May 1, 2019, Defendants filed their Response to Motion for Reconsideration and Counter-Motion for Reconsideration. ECF Nos. 43 and 44, respectively.

WHEREAS, the deadline for Plaintiffs to file a Reply in support of their Motion for Reconsideration is currently set for May 8, 2019, and the deadline for Plaintiffs to file a response to Defendants' Counter-Motion for Reconsideration is set for May 15, 2019.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for Plaintiffs to file a Reply in support of their Motion for Reconsideration and response to Defendants' Counter-Motion for Reconsideration should be consolidated and set for the later deadline of May 15, 2019.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 7th day of May, 2019.<br>KIM GILBERT EBRON | Dated this 7th day of May, 2019.<br>WRIGHT, FINLAY & ZAK, LLC |
| */s/ Karen L. Hanks*<br>Diana S. Ebron, Esq. (SBN 10580)<br>Jacqueline A. Gilbert, Esq. (SBN 10593)<br>Karen L. Hanks, Esq. (SBN 9578)<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for Defendants,*<br>*GR Investments LLC and Silverstone, LLC* | */s/ Christina V. Miller*<br>Christina V. Miller, Esq. (SBN 12448)<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff, Nationstar Mortgage LLC* |

Dated this 7th day of May, 2019.
FENNEMORE CRAIG, P.C.

*/s/ Leslie Bryan Hart*
Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
300 E. Second St., Suite 1510
Reno, Nevada 89501

ARNOLD & PORTER KAYE SCHOLER LLP
(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
*Attorneys for Defendants, Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation*

**IT IS ORDERED**.

Dated: May 8, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE