UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, as conservator of Federal Home Loan Mortgage Corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION; and NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>GR INVESTMENTS LLC; and SILVERSTONE LLC,<br><br>Defendants. | Case No. 2:17-CV-03005-JAD-EJY<br><br>**ORDER** |

Before the Court is a document submitted by the parties titled "Supplemental Joint Discovery Plan and Scheduling Order" (ECF No. 66). Curiously, the parties submit this document with a pre-printed signature block in which the undersigned could simply place her name after "It is so ordered" despite the fact that the parties do not agree on the scope or length of discovery. *Id*. at 2:22-25; 3:15-4:1. Thus, the document submitted is improperly titled and seeks an outcome that does not comport with the information contained therein.

Accordingly, the parties' Supplemental Joint Discovery Plan and Scheduling Order (ECF No. 66) is DENIED.

IT IS FURTHER ORDERED that the parties shall submit a stipulated discovery plan and scheduling order representing agreement as to the scope and length of discovery or, alternatively, their respective proposals and basis for such proposals in a single document clearly identifying the same.

IT IS FURTHER ORDERED that the parties shall submit a stipulation or their respective proposals within ten calendar days of this Order.

DATED: January 23, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1