| | |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP<br>Christina V. Miller, Esq.<br>Nevada Bar No. 12448<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>cmiller@wrightlegal.net<br>*Attorneys for Plaintiff Nationstar Mortgage, LLC* | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal Home Loan Mortgage Corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION; and NATIONSTAR MORTGAGE, LLC<br><br>Plaintiffs,<br>vs.<br><br>GR INVESTMENTS, LLC and SILVERSTONE, LLC,<br><br>Defendants. | Case No.: 2:17-cv-03005-JAD-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (ECF NO. 68) AND RESPONSE TO DEFENDANTS' COUNTER-MOTION FOR FRCP 56(d) RELIEF (ECF NO. 76)**<br><br>**[FIRST REQUEST]** |

Plaintiffs, Nationstar Mortgage, LLC ("Nationstar"), Federal Housing Finance Agency ("FHFA"), Federal Home Loan Mortgage Corporation ("Freddie Mac") (collectively, "Plaintiffs"), and Defendants, GR Investments, LLC ("GR") and Silverstone, LLC ("Silverstone") (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on January 31, 2020, Plaintiffs filed their Motion for Summary Judgment (ECF No.68).

WHEREAS, on February 21, 2020, Defendants filed their Response to Plaintiffs' Motion for Summary Judgment and brought a Counter-Motion for FRCP 56(d) Relief. ECF Nos. 75 and 76, respectively.

///

///

1 WHEREAS, the deadline for Plaintiffs to file a Reply in support of their Motion for
2 Summary Judgment and a response to Defendants' Counter-Motion for FRCP 56(d) Relief is
3 currently set for March 6, 2020.
4 WHEREAS, the Plaintiffs seek additional time beyond the March 6, 2020 filing deadline
5 to prepare their Reply in support of the Motion for Summary Judgment and response to
6 Defendants' Counter-Motion for 56(d) Relief in order to fully address arguments raised therein,
7 in light of Plaintiffs' counsels' general workload issues and appellate schedule, and the time
8 necessary to obtain multi-party approval of the foregoing filings.
9 WHEREFORE, based on the foregoing,
10 ///
11 ///
12 ////
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 //
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

IT IS HEREBY STIPULATED AND AGREED that the deadline for Plaintiffs to file a Reply in support of their Motion for Summary Judgment and response to Defendants' Counter-Motion for FRCP 56(d) Relief should be continued for 14-days from March 6, 2020, to **March 20, 2020**.

**IT IS SO STIPULATED.**

Dated this 6th day of March, 2020.
KIM GILBERT EBRON

*/s/ Jason G. Martinez, Esq.*
Jason G. Martinez, Esq., (SBN 13375)
Diana S. Ebron, Esq. (SBN 10580)
Jacqueline A. Gilbert, Esq. (SBN 10593)
Karen L. Hanks, Esq. (SBN 9578)
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
*Attorneys for Defendants,*
*GR Investments LLC and Silverstone, LLC*

Dated this 6th day of March, 2020.
FENNEMORE CRAIG, P.C.

*/s/ Leslie Bryan Hart, Esq.*
Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
300 E. Second St., Suite 1510
Reno, Nevada 89501

ARNOLD & PORTER KAYE SCHOLER LLP
(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
*Attorneys for Defendants, Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation*

Dated this 6th day of March, 2020.
WRIGHT, FINLAY & ZAK, LLC

*/s/ Christina V. Miller, Esq.*
Christina V. Miller, Esq. (SBN 12448)
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, Nationstar Mortgage LLC*

**IT IS ORDERED**.

Dated: March 9, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE